JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for the United States of America

**E-FILED**

**CHAMBER'S COPY**

FILED
JUN 13 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PABLO CESAR ESQUIVEL, <br> MIGUEL ALVAREZ-CASTANEDA, and <br> ROBERTO MATOS, <br><br> Defendants. | No. CR 08-70325 RS <br><br> STIPULATION AND [~~PROPOSED~~] <br> ORDER CONTINUING PRELIMINARY <br> HEARING DATE AND WAIVING TIME <br><br> SAN JOSE VENUE |

    The parties request and stipulate that the date for the preliminary hearing of defendant, Roberto Matos, be continued from Wednesday, June 18, 2008, at 11:00 a.m., to Wednesday, July 16, 2008 at 11:00 a.m. The parties also request and stipulate that, pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived from June 18, 2008, to and including July 16, 2008. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.

//

//

STIP. AND PROP. ORDER RE: PRELIMINARY HEARING
CR 08-70325 RS

1     Defendant also agrees to toll and to waive for this period of time any time limits applicable
2 under Title 18, United States Code, Section 3161. Undersigned defense counsel represents that
3 he has spoken with his client, Mr. Matos, and that Mr. Matos agrees to the continuance and to
4 time be tolled and waived as requested.
5 **IT IS SO STIPULATED**.
6 DATED:     June 12, 2008                     Respectfully submitted,
7                                                               JOSEPH P. RUSSONIELLO
8                                                               United States Attorney
9                                                                    /s/
10                                                              DANIEL R. KALEBA
11                                                             Assistant U.S. Attorney
12 DATED:     June 12, 2008                     /s/
13                                                             THOMAS J. FERRITO
14                                                             Attorney for Roberto Matos
15
16 **IT IS SO ORDERED.**
17 DATED:     June 12, 2008
18                                                             RICHARD SEEBORG
19                                                             United States Magistrate Judge
20
21
22
23
24
25
26
27
28

STIP. AND PROP. ORDER RE: PRELIMINARY HEARING
CR 08-70325 RS